UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 31 P 12: 36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| IRFAN AZHAR, | CIVIL ACTION NO. 3:04cv02101 (JCH) |
| Plaintiff, | |
| v. | |
| UBS WARBURG, et al., | AUGUST 23, 2005 |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that the Plaintiff, Irfan Azhar, and the Defendants, UBS AG (incorrectly designated in the Complaint as UBS Payne Webber), and all other corporate and individual Defendants designated herein by title only, hereby stipulate to the dismissal of this action, with prejudice.

| | |
|---|---|
| **THE PLAINTIFF,** | **EPSTEIN BECKER & GREEN, P.C.** |
| **IRFAN AZHAR** | Attorneys for Defendants |
| *(signature)* | By: *(signature)* |
| Plaintiff Pro Se | Mary A. Gambardella, Esq. |
| 2040 Ryder Street | Federal Bar No. ct05386 |
| Brooklyn, NY 11234 | One Landmark Square, Suite 1800 |
| | Stamford, CT  06901-2601 |
| | (203) 348-3737 |

SS New York
County King
Sworn to before
me this 23RD day of
August 2005
*(notary stamp: RUTH S VAGICA, NOTARY PUBLIC, NEW YORK, KING COUNTY, #01VA4887529, Commission Expires 10-18-2006)*

NY:697941v1